USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rinaldo Pierno,

        Plaintiff,

    –v–

Fidelity Brokerage Services, LLC,

        Defendant.

18-cv-3384 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The parties are directed to file a joint status report regarding the status of arbitration proceedings in this case no later than October 15, 2020. The Clerk of Court is respectfully directed to mail a copy of this Order to pro se plaintiff Rinaldo Pierno and note the mailing on the public docket.

    SO ORDERED.

Dated: September 17, 2020
       New York, New York

                              ALISON J. NATHAN
                            United States District Judge